IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-11157 MCF

VALENTIN MORALES CAMACHO

Chapter 13

XXX-XX-3416

FILED & ENTERED ON 12/02/2010

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 12/01/2010, debtor filed a motion for continuation of the automatic stay as to debtor (docket entry #6). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 12/28/2010 at 09:30 A.M. at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR, COURTROOM 5 FIFTH FLOOR, OLD SAN JUAN, PUERTO RICO. If no objection is filed, the hearing may be vacated.

San Juan, Puerto Rico, this 02 day of December, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY:  Julio Quinones
     Case Manager

c: All creditors

# CERTIFICATE OF NOTICE

```
District/off: 0104-2          User: quinones            Page 1 of 1              Date Rcvd: Dec 02, 2010
Case: 10-11157                Form ID: pdf001           Total Noticed: 25
```

The following entities were noticed by first class mail on Dec 04, 2010.

```
db          +VALENTIN MORALES CAMACHO,   HC 65 BUZON 6301,   BO LOS POLLOS,   PATILLAS, PR 00723-9231
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR   00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
3117831     +AMERICAN EXPRESS,   PO BOX 981537,   EL PASO, TX 79998-1537
3117833     +CALVARY PORTFOLIO SERVICES,   ATT BANKRUPTCY DEPARTMENT,   PO BOX 1017,
              HAWTHORNE, NY 10532-7504
3117834     +CETENNIAL,   PO BOX 71514,   SAN JUAN, PR 00936-8614
3117835     +CHASE TAX RELATED PRODUCTS,   PO BOX 1250,   WORTHINGTON, OH 43085-1250
3117836     +COOP A/C EMPLEADOS AEE,   PO BOX 9061,   SAN JUAN, PR 00908-0061
3117837     +COOP A/C SANTA ISABEL,   PO BOX 812,   SANTA ISABEL, PR 00757-0812
3117838     +DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424 B,   SAN JUAN, PR 00902-4140
3117839     +DEPARTAMENTO DEL TRABAJO,   AVE. MUOZ RIVERA 505,   HATO REY, PR 00918-3352
3117840      FEDERAL LITIGATION DEPT OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
3117841     +GC SERVICES LIMITED PARTNERSHIP,   PO BOX 47455,   JACKSONVILLE, FL 32247-7455
3117842      GE MONEY BANK,   PO BOX 960004,   ORLANDO, FL  32896-0004
3117843      GEREN-COOP,   1200 AVE PONCE DE LEON,   SAN JUAN, PR  00907-3918
3117844      ISLAND FINANCE,   130 EXP. MARTINEZ NADAL 103,   GUAYNABO, PR  00969
3117845      LIC. LANAUSSE SOTO ZORAIDA,   PO BOX 434,   AGUIRRE, PR  00704-0434
3117846     +MYRNA RIVERA,   PO BOX 633,   PATILLAS, PR 00723-0633
3117847      PUERTO RICO TELEPHONE COMPANY,   #562 AVE JUAN PONCE DE LEOJN,   HATO REY, PR  00918
3117848      RADIO SHACK,   PROCESSING CENTER,   DES MOINES, IA  50364-0001
3117849      RELIABLE FINANCIAL SERVICES,   PO BOX 21382,   SAN JUAN, PR  00928-1382
3117850      SIST DE RETIRO EMPLMPLEADOS AEE,   PO BOX 13978,   SAN JUAN, PR  00908-3978
3117851      SPRINT,   PO BOX 105243,   ATLANTA, GA  30348-5243
3117852      WILBERTO R. RAMOS TORRES,   BO OLIMPO, SECTOR LAS MARGARITAS,   19 CARR CAIMITAL,
              GUAYAMA, PR   00784
```

The following entities were noticed by electronic transmission on Dec 02, 2010.

```
smg         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                            US TRUSTEE,   EDIFICIO OCHOA,
              500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
3117832     +E-mail/Text: carmene.rodriguez@bbvapr.com                             BANCO BILBAO VIZCAYA,
              PO BOX 364745,   SAN JUAN, PR 00936-4745
                                                                                               TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg*         FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 04, 2010**                      Signature:    _Joseph Speetjens_