IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>VALENTIN MORALES CAMACHO<br>DEBTORS | CASE NUM.: 10-11157 MCF<br><br>CHAPTER 13 (ASSET CASE) |

CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 12/9/2010.**

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 9 day of December, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/S/MARILYN VALDES ORTEGA**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                              Case No. **10-11157-13**

**MORALES CAMACHO, VALENTIN**                         Chapter **13**
                            Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **12/09/2010**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ 475.00 | x 12 | = $ | 5,700.00 |
| $ 550.00 | x 42 | = $ | 23,100.00 |
| $ 1,050.00 | x 6 | = $ | 6,300.00 |
| $ | x | = $ | |
| $ | x | = $ | |
| | | TOTAL: $ | 35,100.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **35,100.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,670.00**

Signed: **/s/ VALENTIN MORALES CAMACHO**
         Debtor


         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR     $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**     Cr. _____     Cr. _____
# **9613098068**     # _____     # _____
$ **1,075.87**     $ _____     $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C EMPLEAI     GEREN-COOP**

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**SIST DE RETIRO EM**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

|  | Cr | # | $ |
|---|---|---|---|

**Executory Contracts - Assumed:**   **WILBERTO R. RAMO**

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

DEBTOR CONSENT TO LIFT OF STAY AUTO WITH RELIABLE FINANCIAL SERVICES WHICH IS IN THIRD PARTY POSSESSION LISANDRA REYES TORRES ACCOUNT NO. 508-625992.

ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON SEPTEMBER 2012.

SECOND STEP UP PAYMENT IS WHEN DEBTOR PAYS OFF RETIMENT LOAN.

| | | |
|---|---|---|
| MORALES CAMACHO VALENTIN<br>HC 65 BUZON 6301<br>BO LOS POLLOS<br>PATILLAS PR 00723 | DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR 00918 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | SIST DE RETIRO EMPLMPLEADOS AEE<br>PO BOX 13978<br>SAN JUAN PR 00908-3978 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998 | GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 47455<br>JACKSONVILLE FL 32247 | SPRINT<br>PO BOX 105243<br>ATLANTA GA 30348-5243 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN PR 00936 | GE MONEY BANK<br>PO BOX 960004<br>ORLANDO FL 32896-0004 | WILBERTO R RAMOS TORRES<br>BO OLIMPO SECTOR LAS MARGARITAS<br>19 CARR CAIMITAL<br>GUAYAMA PR 00784 |
| CALVARY PORTFOLIO SERVICES<br>ATT BANKRUPTCY DEPARTMENT<br>PO BOX 1017<br>HAWTHORNE NY 10532 | GEREN-COOP<br>1200 AVE PONCE DE LEON<br>SAN JUAN PR 00907-3918 | |
| CETENNIAL<br>PO BOX 71514<br>SAN JUAN PR 00936 | ISLAND FINANCE<br>130 EXP MARTINEZ NADAL 103<br>GUAYNABO PR 00969 | |
| CHASE TAX RELATED PRODUCTS<br>PO BOX 1250<br>WORTHINGTON OH 43085 | LIC LANAUSSE SOTO ZORAIDA<br>PO BOX 434<br>AGUIRRE PR 00704-0434 | |
| COOP A/C EMPLEADOS AEE<br>PO BOX 9061<br>SAN JUAN PR 00908 | MYRNA RIVERA<br>PO BOX 633<br>PATILLAS PR 00723 | |
| COOP A/C SANTA ISABEL<br>PO BOX 812<br>SANTA ISABEL PR 00757 | PUERTO RICO TELEPHONE COMPANY<br>#562 AVE JUAN PONCE DE LEOJN<br>HATO REY PR 00918 | |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902 | RADIO SHACK<br>PROCESSING CENTER<br>DES MOINES IA 50364-0001 | |