IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-11157 MCF |
|---|---|
| VALENTIN MORALES CAMACHO | CHAPTER 13 |
| Debtor(s) | |

**MOTION TO INFORM CORRECT ASSIGNEE
AND CORRECT ADDRESS**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. On November 30th, 2010, Debtor filed the instant bankruptcy petition.

2. *<u>The correct assignee for Myrna Rivera is Lic. Ivan Torres Rodriguez as Unsecured Priority Debt and his correct address is PO Box 358, Patillas, PR 00723.</u>*

**WHEREFORE**, it is respectfully requested of this Honorable Court to acknowledge the above indicated.

In San Juan, Puerto Rico, this 20th of December, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

| | | |
|---|---|---|
| MORALES CAMACHO VALENTIN<br>HC 65 BUZON 6301<br>BO LOS POLLOS<br>PATILLAS PR 00723 | DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR 00918 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | SIST DE RETIRO EMPLMPLEADOS AEE<br>PO BOX 13978<br>SAN JUAN PR 00908-3978 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998 | GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 47455<br>JACKSONVILLE FL 32247 | SPRINT<br>PO BOX 105243<br>ATLANTA GA 30348-5243 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN PR 00936 | GE MONEY BANK<br>PO BOX 960004<br>ORLANDO FL 32896-0004 | WILBERTO R RAMOS TORRES<br>BO OLIMPO SECTOR LAS MARGARITAS<br>19 CARR CAIMITAL<br>GUAYAMA PR 00784 |
| CALVARY PORTFOLIO SERVICES<br>ATT BANKRUPTCY DEPARTMENT<br>PO BOX 1017<br>HAWTHORNE NY 10532 | GEREN-COOP<br>1200 AVE PONCE DE LEON<br>SAN JUAN PR 00907-3918 | |
| CETENNIAL<br>PO BOX 71514<br>SAN JUAN PR 00936 | ISLAND FINANCE<br>130 EXP MARTINEZ NADAL 103<br>GUAYNABO PR 00969 | |
| CHASE TAX RELATED PRODUCTS<br>PO BOX 1250<br>WORTHINGTON OH 43085 | LIC IVAN TORRES RODRIGUEZ<br>PO BOX 358<br>PATILLAS PR 00723 | |
| COOP A/C EMPLEADOS AEE<br>PO BOX 9061<br>SAN JUAN PR 00908 | MYRNA RIVERA<br>PO BOX 633<br>PATILLAS PR 00723 | |
| COOP A/C SANTA ISABEL<br>PO BOX 812<br>SANTA ISABEL PR 00757 | PUERTO RICO TELEPHONE COMPANY<br>#562 AVE JUAN PONCE DE LEOJN<br>HATO REY PR 00918 | |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902 | RADIO SHACK<br>PROCESSING CENTER<br>DES MOINES IA 50364-0001 | |