STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

1/3

In re:

VALENTIN MORALES CAMACHO

Case No. 10-11157-MCF

Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor [X] Present  [ ] Absent
Joint Debtor [ ] Present  [ ] Absent
Attorney for Debtor [X] Present  [ ] Absent
[ ] Pro-se
[X] Substitute  Att. J. Rodriguez-Perez

Date: January 03, 2011
Time: 1:15 PM   Track: —
[X] This is debtor(s) 2nd Bankruptcy filing.
Liquidation Value: $18,658.00
                   PV= $21,642.00
Creditors  —none—

## II. Oath Administered
[X] Yes   [ ] No

## III. Documents Filed/Provided

[X] Schedules
[X] Statement of Financial Affairs (SOFA)
[X] Statement of Current Monthly Income (SCMI)
[X] Credit counseling briefing certificate (CCC)
 [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[X] State Tax Returns  06-09  [X] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [X] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[X] UNFAVORABLE                 Ms. Myrna Rivera - direct payments.

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[X] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[X] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

1-3

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

VALENTIN MORALES CAMACHO                 Case No. 10-11157-MCF

                                  Chapter 13        Attorney Name: MARILYN VALDES ORTEGA*

**VI. Plan** (Cont.)
Date: <u>December, 9, 2010</u>  Base $ <u>35,100.00</u>  [X] Filed   Evidence of Pmt shown: _____
Payments <u>1</u> made out of <u>1</u> due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** March, 3, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 330.00 = $ 2,670.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

(1) Trustee to review amended schedule C. (d.17)
(2) According to state order dated 10/6/2010 child support payments are $1,454.00 (temporarily); however schedule discloses child support payments of $1,600 — debtor to clarify. He testified a hearing was held on 12/20/10 - however, no state court pronouncement as to final amount of DSO payment.
(3) Provide copy of divorce judgment - August, 2010. Per testimony, no liquidation of community property has been filed.

Trustee/Presiding Officer        Date: January 03, 2011
                                                (Rev.)

Page 2-3

DEBTOR(S) NAME: Valentin Morales Camacho

CASE NO. 10-11157-NCF

COMMENTS CONTINUATION:

④ Amend I - eliminate pro rata provision of X-mas Bonus; and provide for periodic payments. Debtor received $4,000.00 Xmas bonus used to pay attorney's fees - state court. Provide for half of X-mas Bonus.

⑤ Provide maturity date of petition loan.

Tax history: 2009: $5354   2008: $5098   2007: $2799

3-3

TRUSTEE OR PRESIDING OFFICER

DATE: 1/3/11
PAGE: 3