**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF PUERTO RICO**

IN RE:

CASE NO. 10-11157 MCF

VALENTIN MORALES CAMACHO

Chapter 13

XXX-XX-3416

FILED & ENTERED ON 01/28/2011

Debtor(s)

---

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: objection to debtor's claim of exemptions, filed by Trustee, docket #16.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of January, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge


C:    DEBTOR(S)
      MARILYN VALDES ORTEGA
      ALEJANDRO OLIVERAS RIVERA

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jan 30, 2011.
db          +VALENTIN MORALES CAMACHO,   HC 65 BUZON 6301,   BO LOS POLLOS,   PATILLAS, PR 00723-9231

The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2011**                    **Signature:**    *Joseph Speetjens*